**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Viale Industries, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Viale Asphalt** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-3613070** |

4. **Debtor's address**

**Principal place of business**

**771 N MOODY ROAD**
**Palatka, FL 32177**
Number, Street, City, State & ZIP Code

**Putnam**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **https://vialeasphalt.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Viale Industries, LLC**                          Case number (*if known*)
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No ☐ Yes. |
|---|---|---|

Debtor   **Viale Industries, LLC**                                        Case number (*if known*) _____

Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____  When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Viale Industries, LLC**                                          Case number (*if known*) _____
          Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  1, 2026**
                MM / DD / YYYY

**X** **/s/ Amanda Ramsey**                                    **Amanda Ramsey**
Signature of authorized representative of debtor              Printed name

Title    **Authorized Member**

**18. Signature of attorney**

**X** **/s/ Byron W. Wright III**                             Date **July  1, 2026**
Signature of attorney for debtor                                   MM / DD / YYYY

**Byron W. Wright III 118971**
Printed name

**Bruner Wright, P.A.**
Firm name

**2868 Remington Green Circle**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone    **(850) 385-0342**     Email address    **twright@brunerwright.com**

**118971 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Viale Industries, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aggregate Haulers LLC PO Box 68 Lake Butler, FL 32054** | | **Trade debt** | | | | **$13,846.96** |
| **Airgas USA, LLC PO Box 9249 Marietta, GA 30065** | | **Supplier** | | | | **$4,636.05** |
| **Albarrie Environmental Svcs 340 Huronia Rd Barrie, ON** | | **Trade debt** | | | | **$5,911.12** |
| **Anthony Tisci 3246 Hidden Meadows Ct Green Cove Springs, FL 32043** | | **Loans** | | | | **$120,337.00** |
| **Associated Asphalt Partners 3245 Talleyrand Ave Jacksonville, FL 32206** | | **Supplier** | | | | **$158,969.67** |
| **Brian and Amanda Ramsey 10466 SE Sailfish Circle Hobe Sound, FL 33455** | | **Loans** | | | | **$973,458.17** |
| **Capela Transport Inc 1370 West Main St Corry, PA 16407** | | **Trade debt** | | | | **$6,188.64** |
| **City Electric Supply PO Box 131811 Dallas, TX 75313** | | **Electrical supplies** | | | | **$13,676.68** |

Debtor **Viale Industries, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Consolidated Electrical Dist PO Box 936240 Atlanta, GA 31193** | | **trade debt** | | | | **$12,662.17** |
| **Davis Industrial 5010 16th Ave South Tampa, FL 33619** | | **Supplier** | | | | **$5,745.42** |
| **Florida Department of Revenu Bankruptcy Unit P.O. Box 6668 Tallahassee, FL 32314** | | **Sales Tax** | | | | **$26,245.32** |
| **Hotmix Parts PO Box 436089 Louisville, KY 40253** | | **Supplier** | | | | **$74,073.80** |
| **Industrial Control Spec. Inc PO Box 500 Boulder Junction, WI 54512** | | **Trade debt** | | | | **$82,365.00** |
| **Lewis Oil Company PO Box 141286 Gainesville, FL 32614** | | **Supplier** | | | | **$14,891.20** |
| **Liberty Trucking, LLC PO Box 626 Lake Butler, FL 32054** | | **Trade debt** | | | | **$5,935.44** |
| **Martin Marietta PO Box 30013 Raleigh, NC 27622** | | **Trade debt** | | | | **$259,037.85** |
| **Mazer & Associates, LLC 1900 NW Corporate Blvd Suite 215W Boca Raton, FL 33431** | | **Trade debt** | | | | **$2,808.75** |
| **Ring Power Corporation 500 World Commerce Pkwy Saint Augustine, FL 32092** | | **Trade debt** | | | | **$2,223.67** |
| **Thomas Caputo 2068 NW Azalea St Stuart, FL 34994** | | **Loans** | | | | **$164,000.00** |

Debtor   **Viale Industries, LLC**                                    Case number *(if known)*
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Bank, N.A. Attn. Bankruptcy Notices - S Business Credit Cards P.O. Box 40310 Mesa, AZ 85274** | | **Credit card** | | | | **$23,755.14** |

Viale Industries, LLC
771 N MOODY ROAD
Palatka, FL 32177

Byron W. Wright III
Bruner Wright, P.A.
2868 Remington Green Circle
Tallahassee, FL 32308

Aggregate Haulers LLC
PO Box 68
Lake Butler, FL 32054

Airgas USA, LLC
PO Box 9249
Marietta, GA 30065

Albarrie Environmental Svcs
340 Huronia Rd
Barrie, ON

American Mobile Repair Inc
11523 Summer Bird Ct
Jacksonville, FL 32221

Anthony Tisci
3246 Hidden Meadows Ct
Green Cove Springs, FL 32043

Associated Asphalt Partners
3245 Talleyrand Ave
Jacksonville, FL 32206

Barwick Banking Company
2020 E. Main Street
Barwick, GA 31720

Brian and Amanda Ramsey
10466 SE Sailfish Circle
Hobe Sound, FL 33455

Capela Transport Inc
1370 West Main St
Corry, PA 16407

Caterpillar Financial Servic
2120 West End AVE
Nashville, TN 37203-0986

City Electric Supply
PO Box 131811
Dallas, TX 75313

Consolidated Electrical Dist
PO Box 936240
Atlanta, GA 31193

Davis Industrial
5010 16th Ave South
Tampa, FL 33619

Eastern Crane & Rigging, Inc
4211 SW 13th St.
Ocala, FL 34474

Financial Pacific Leasing
Attn: Bankruptcy Department
P.O. Box 4568
Federal Way, WA 98063

Fischer Weighing Systems, In
18541 125th Ave N
Jupiter, FL 33478

Florida Department of Revenu
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314

GoMaterials, Inc.
Attn: Sean Calara
642 Rue Courcelle, Suite 104
Montreal, QC H4C 3C7

Grainger
8450 Phillips Hwy
Jacksonville, FL 32256

Hotmix Parts
PO Box 436089
Louisville, KY 40253

Industrial Control Spec. Inc
PO Box 500
Boulder Junction, WI 54512

Keystone Equipment Fin. Co.
433 New Park Ave.
West Hartford, CT 06110

Lewis Oil Company
PO Box 141286
Gainesville, FL 32614

Liberty Trucking, LLC
PO Box 626
Lake Butler, FL 32054

Lien Liquidators of FL
LIT 19, LLC
801 Douglas Avenue, Suite 10
Altamonte Springs, FL 32714

Manpower Irrigation &
Services, Inc.
7140 Saddle Rd
Lake Worth, FL 33463

Wells Fargo Bank, N.A.
Attn. Bankruptcy Notices - S
Business Credit Cards
P.O. Box 40310
Mesa, AZ 85274

Martin Marietta
PO Box 30013
Raleigh, NC 27622

Mazer & Associates, LLC
1900 NW Corporate Blvd
Suite 215W
Boca Raton, FL 33431

North Mill Equipment Finance
601 Merritt 7
Suite 5
Norwalk, CT 06851

Ring Power Corporation
500 World Commerce Pkwy
Saint Augustine, FL 32092

Sunbelt Rentals, Inc.
1799 Innovation Point
Fort Mill, SC 29715

Sunray Construction Solution
1001 W. Cypress Creek Road
Suite 203
Fort Lauderdale, FL 33309

Thomas Caputo
2068 NW Azalea St
Stuart, FL 34994

US Small Business Admin
c/o First FL Capital Finance
PO Box 4166
Tallahassee, FL 32303